SEALED

AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

UNITED STATES OF AMERICA
V.
MELCHOR DATU

**WARRANT FOR ARREST**

Case Number: 12cr10384

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Melchor Datu_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with  (brief description of offense)

possession of child pornography

in violation of Title  18  United States Code, Section(s)  2252

Marianne B. Bowler USMJ
Name of Issuing Officer

Marianne B. Bowler, USMJ
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

12/18/2012    Boston, MA
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |